AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Chelsea D. Boykin,<br>*Plaintiff*<br>v.<br>S.C. Department of Health & Environmental Control; Division of Vital Statistics; Catherine E. Heigel; Shae R. Sutton,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:18-567-TLW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The plaintiff, Chelsea D. Boykin, shall take nothing of the above named defendants, as to her complaint and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ Decided by the Honorable Terry L. Wooten, Chief United States District Judge, presiding, adopting the Report and Recommendations set forth by the Honorable Paige Gossett, United States Magistrate Judge which dismissed the complaint without prejudice.

Date: July 30, 2018

*CLERK OF COURT*

s/Karen Boston

*Signature of Clerk or Deputy Clerk*